UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE CLAYTON | § |
| | § CIVIL ACTION NO. 4:24-cv-01717 |
| Plaintiff | § |
| | § |
| VS. | § |
| | § |
| KAREEM AND ANILA ALI FAMILY, LP | § |
| | § |
| Defendant | § |

### NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: July 12, 2024          Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
PO Box 101
Olmito, Texas 78575
(956) 255-5111
(866) 599-2596 - Fax

BY:     **/S/   R. Bruce Tharpe**
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID 13098
PLAINTIFF'S COUNSEL

### CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on July 12, 2024.

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe

1