UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | CIVIL ACTION NO. 4:24-cv-01717 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| KAREEM AND ANILA ALI FAMILY, LP | § | |
| | § | |
| Defendant | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON Plaintiff and KAREEM AND ANILA ALI FAMILY, LP Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant KAREEM AND ANILA ALI FAMILY, LP in their entirety and with prejudice.

### STIPULATION

It is hereby stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendant KAREEM AND ANILA ALI FAMILY, LP and each party is to bear their own attorney's fees and costs.

DATED:    August 19, 2024        FOR YVONNE CLAYTON Plaintiff

BY:    */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575

                                                  (956) 255-5111 - Office
                                                (866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:       August 19, 2024       FOR KAREEM AND ANILA ALI FAMILY, LP
Defendant

Mr. Ernesto Alvarez Jr.
CLARK HILL
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
(713) 750-5536- office
(832) 397-3517– fax

   ***/s/ Ernesto Alvarez Jr.***
DEFENDANT'S COUNSEL