United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Yvonne Clayton, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-24-1717 |
| § § | |
| Kareem and Anila Ali Family, LP, § § | |
| Defendants. § § § | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on August 29, 2024, the above referenced case is hereby dismissed with prejudice as to Defendant Kareem and Anila Ali Family, LP pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 29 day of August, 2024.

DAVID HITTNER
United States District Judge